UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **REBECCA KIDD,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CAUSE NO.: 1:04-CV-0379-JDT-TAB |
| **VISTEON CORPORATION,** | ) ) ) |
| **Defendant.** | ) ) |

## ORDER

The parties, Rebecca Kidd, Plaintiff, and Visteon Corporation, Defendant, having entered into a stipulation to dismiss with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and this cause should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause be and hereby is dismissed, with prejudice, each party bearing its own attorney fees and costs

DATED: February 2, 2005

_____
John Daniel Tinder, Judge
United States District Court

Distribution:

Mickey J. Lee
HASKIN LAUTER & LaRUE
255 North Alabama Street
Indianapolis, Indiana 46204

ATTORNEY FOR PLAINTIFF


Michael P. Kohler
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5367

Scott E. Schockley
DEFUR VORAN HANLEY
RADCLIFF & REED, LLP
201 East Jackson St. - Suite 400
Muncie, IN 47305-2847

ATTORNEYS FOR DEFENDANT